UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: SPECTRUM PHARMACEUTICALS, INC. DERIVATIVE SHAREHOLDER LITIGATION<br><br>This Document Relates to ALL ACTIONS | Master File No. 2:13-cv-00624-JAD-CWH<br><br>(Consolidated with: 2:13-cv-00684-JAD-CWH; and 2:13-cv-00942-JAD-CWH)<br><br>Hon. Jennifer A. Dorsey |

## FURTHER JOINT STATUS REPORT

Lead Plaintiff Timothy J. Fik ("Plaintiff") and defendants Rajesh C. Shrotriya, Luigi Lenaz, Gilles Gagnon, Anton Gueth, Stuart M. Krassner, Anthony E. Maida, Krishan K. Arora, Brett L. Scott, Joseph Kenneth Keller, and nominal defendant Spectrum Pharmaceuticals, Inc. (collectively "Defendants") respectfully submit this further joint status report pursuant to the order entered by the Court on September 9, 2016 (Dkt. No. 28) requiring the parties to file a further joint status report on the progress of their efforts to finalize the settlement by October 11, 2016.  The parties hereby state as follows:

1. Plaintiff and Defendants have reached a settlement in principle and are continuing to negotiate the issue of attorneys' fees and expenses and developing the necessary written agreements to present the proposed settlement to the Court.

2. Plaintiff and Defendants require additional time to continue negotiations and to attempt to reach agreement on the issue of attorneys' fees and expenses and, accordingly, respectfully request until **Friday, November 11, 2016**, to provide the Court with a further joint status report on the progress of their efforts.

Dated: October 11, 2016

| | |
|---|---|
| **BAILEY & KENNEDY**<br><br>By: */s/ Dennis L. Kennedy*<br>DENNIS L. KENNEDY<br>Nevada Bar No. 1462<br>JOSEPH A. LIEBMAN<br>Nevada Bar No. 10125<br>8984 Spanish Ridge Avenue | **BROWNSTEIN HYATT FARBER SCHRECK, LLP**<br><br>By: */s/ Kirk B. Lenhard*<br>KIRK B. LENHARD<br>Nevada Bar No. 1437<br>JEFFREY S. RUGG<br>Nevada Bar No. 10978 |

1

| | |
|---|---|
| Las Vegas, NV 89148-1302<br>(702) 562-8820 Telephone<br>(702) 562-9921 Facsimile<br>Plaintiffs Liaison Counsel | 100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br>Tel: (702) 464-7045<br>Fax: (702) 382-8135 |
| -and- | -and- |
| WILLIAM B. FEDERMAN<br>**FEDERMAN & SHERWOOD**<br>10205 N. Pennsylvania Avenue<br>Oklahoma City, OK 73120<br>(405) 235-1560 Telephone<br>(405) 239-2112 Facsimile<br>Plaintiffs Lead Counsel | JOHN F. CANNON<br>JASON DE BRETTEVILLE<br>JUSTIN N. OWENS<br>AARON C. HUMES<br>**STRADLING YOCCA CARLSON &**<br>**RAUTH, P.C.**<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660<br>Tel: (949) 725-4000<br>Fax: (949) 725-4100 |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

\*   \*   \*

**ORDER**

IT IS SO ORDERED

Dated: 10/11/2016

_____
The Honorable Jennifer A. Dorsey
United States District Judge

2