UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: SPECTRUM PHARMACEUTICALS, INC. DERIVATIVE SHAREHOLDER LITIGATION<br><br>This Document Relates to ALL ACTIONS | Master File No. 2:13-cv-00624-JAD-CWH<br><br>(Consolidated with: 2:13-cv-00684-JAD-CWH; and 2:13-cv-00942-JAD-CWH)<br><br>Hon. Jennifer A. Dorsey |

## FURTHER JOINT STATUS REPORT

Lead Plaintiff Timothy J. Fik ("Plaintiff") and defendants Rajesh C. Shrotriya, Luigi Lenaz, Gilles Gagnon, Anton Gueth, Stuart M. Krassner, Anthony E. Maida, Krishan K. Arora, Brett L. Scott, Joseph Kenneth Keller, and nominal defendant Spectrum Pharmaceuticals, Inc. (collectively "Defendants") respectfully submit this further joint status report on the progress of their efforts to finalize the settlement. The parties hereby state as follows:

1. The parties are continuing to negotiate the issue of attorneys' fees and expenses and a service award. By February 10, 2017, the parties expect to have reached an agreement either (i) as to a specific fee, service award and expense amount (ii) or a procedure for Plaintiff to submit a fee request to the Court with a reservation of rights by Defendants to oppose. The Parties respectfully request until **Friday, February 10, 2017**, to provide the Court with a further joint status report on the progress of their efforts.

Dated: January 31, 2017

| | |
|---|---|
| **BAILEY & KENNEDY**<br><br>By: */s/ Dennis L. Kennedy*<br>DENNIS L. KENNEDY<br>Nevada Bar No. 1462<br>JOSEPH A. LIEBMAN<br>Nevada Bar No. 10125<br>8984 Spanish Ridge Avenue<br>Las Vegas, NV 89148-1302<br>(702) 562-8820 Telephone<br>(702) 562-9921 Facsimile<br>Plaintiffs Liaison Counsel | **BROWNSTEIN HYATT FARBER SCHRECK, LLP**<br><br>By: */s/ Kirk B. Lenhard*<br>KIRK B. LENHARD<br>Nevada Bar No. 1437<br>JEFFREY S. RUGG<br>Nevada Bar No. 10978<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br>Tel: (702) 464-7045<br>Fax: (702) 382-8135 |

1

| | |
|---|---|
| -and- | -and- |
| WILLIAM B. FEDERMAN<br>**FEDERMAN & SHERWOOD**<br>10205 N. Pennsylvania Avenue<br>Oklahoma City, OK 73120<br>(405) 235-1560 Telephone<br>(405) 239-2112 Facsimile<br>Plaintiffs Lead Counsel<br><br>*Counsel for Plaintiffs* | JOHN F. CANNON<br>JASON DE BRETTEVILLE<br>JUSTIN N. OWENS<br>AARON C. HUMES<br>**STRADLING YOCCA CARLSON &**<br>**RAUTH, P.C.**<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660<br>Tel: (949) 725-4000<br>Fax: (949) 725-4100<br><br>*Counsel for Defendants* |

\*   \*   \*

**ORDER**

IT IS SO ORDERED

Dated: 2/3/2017

_____
The Honorable Jennifer A. Dorsey
United States District Judge